IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAMIAN C. PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-0729 |
| ) | Judge Trauger |
| TENNESSEE TITLE VI COMPLIANCE ) | Magistrate Judge Griffin |
| COMMISSION, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On September 24, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 4), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, which are incorporated herein by reference as if set forth verbatim, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e). Any appeal taken from this ruling would not be in good faith under 28 U.S.C. § 1915(a)(3).

It is so **ORDERED.**

Enter this 28th day of October 2009.

_____
ALETA A. TRAUGER
U.S. District Judge